UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ERNO K.,

Plaintiff,

Case No. 3:25-cv-298

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 10); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 11); (3) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Silvain recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed. Plaintiff objects to the Report and Recommendation. Doc. No. 11. The Commissioner opposes Plaintiff's objections. Doc. No. 12.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Plaintiff's objections. The Court concludes that the Report and Recommendation sets forth the applicable law and is well reasoned. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the ALJ's non-disability finding is **AFFIRMED**; and (4) this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

July 28, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge